**ORDERED.**

**Dated: January 17, 2025**

Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.org**

| | |
|---|---|
| In re<br><br>James Paul Wortman and<br>Robin Lynn Wortman,<br><br>      Debtors.<br>_____/<br><br>James Paul Wortman,<br><br>      Plaintiff,<br><br>v.<br><br>United States Department of Education and<br>Ed Financial Services,<br><br>      Defendants.<br>_____/ | Case No. 6:19-bk-00685-GER<br>Chapter 13<br><br><br><br><br><br><br>Adv. No. 6:23-ap-00057-GER |

**AGREED FINAL JUDGMENT**

THIS PROCEEDING came before the Court without hearing on Plaintiff's Complaint (Doc. No. 1) seeking to determine the dischargeability of Defendants' claims pursuant to 11 U.S.C. § 523(a)(8). Defendant United States Department of Education has conceded in part to the alleged hardship and does not contest the Court's partial discharge of Plaintiff's debt at issue in this

proceeding. By submission of this Final Judgment for entry, the submitting counsel represents that the opposing party consents to its entry. Accordingly, it is

    **ORDERED**:

    1.    Judgment is entered in favor of Plaintiff in accordance with the terms below.

    2.    The parties stipulate the claims of Defendant United States Department of Education are modified as follows:

        a.    $51,279.00 of Plaintiff's loans are discharged; and

        b.    $51,000.00 shall remain non-dischargeable and subject to monthly payments of $314.02.

    3.    In all other respects the remaining claims are declared dischargeable pursuant to 11 U.S.C. § 523(a)(8).

    4.    The Clerk is directed to close this proceeding.

               # # #

The Clerk's Office is directed to serve a copy of this Judgment on all interested parties.